# United States District Court

### District of Arizona
### Office of the Clerk

**Debra D. Lucas**
District Court Executive / Clerk of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



**Michael S. O'Brien**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 1 9 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

July 9, 2021

Clerk's Office
Maricopa County Superior Court
201 W Jefferson St
Phoenix, AZ 85003

**ATTN:** Civil File Counter

**RE:** **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

District Court Case Number: **CV-21-00860-PHX-SPL**

Superior Court Case Number: **CV2021-051277**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on <u>July 9, 2021,</u> remanding the above case to Maricopa County Superior Court for the State of Arizona.

Sincerely,

Debra D. Lucas, DCE/Clerk of Court

s/ D. Draper
Deputy Clerk

cc: All Counsel of Record

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED**

Received By: _____ Dated: JUL 1 4 2021